**FILED**

UNITED STATES DISTRICT COURT
LAS CRU        N MEXICO

**Conditional Acceptance amended for second certified mail group**

JUL 1 9 2022

From: Ann-Marie: Family of Galloway
848 North Rainbow Blvd #2432
Las Vegas, Nevada [89107]

**MITCHELL R. ELFERS**
**CLERK OF COURT**

**22cv661 KK**

**To: The Trustees and their principals:**

*1. Jamie: Family of Dimon d/b/a Trustee and fiduciary of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a JAMIE DIMON Chief Executive Officer (CEO) for JPMORGANCHASE BANK NA. City of New York taxpayer
270 Park Ave 39th Floor
New York, NY  Postal Code 10017-2014        CM: 7021 2720 0001 7012 9337 sent 5/31/22
Damages: $200,000,000.00

*2. Francis: Family of Mathew, d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a FRANCIS MATHEW judicial officer, First Judicial District Court- City of Santa Fe, New Mexico, taxpayer sent 5/31/22
225 Montezuma Ave.
P.O. Box 2268
Santa Fe, New Mexico 87501            CM: 7021 2720 0001 7012 9344 sent 5/31/22
Damages: $1,000,000.00

*3. J. Miles: Family of  Hanisee, d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a J. MILES HANISEE Judicial officer, New Mexico Court of Appeals
City of Albuquerque, New Mexico taxpayer
2211 Tucker NE, Albuquerque, NM 87106        CM: 7021 2720 0001 7012 9351, sent 5/31/22
Damages: $1,000,000.00.

4. M. Monica: Family of Zamora, d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a M. MONICA ZAMORA judicial officer. (currently retired) New Mexico Court of Appeals- City of Albuquerque, New Mexico taxpayer
2211 Tucker NE.
Albuquerque, NM 87106            CM: 7021 2720 0001 7012 9368, June 3, 2022
Damages $500,000

**5.** Barbara J.: Family of Vigil  d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a BARBARA J. VIGIL judicial officer,  New Mexico Supreme Court- City of Santa Fe, New Mexico taxpayer
237 Don GasparAve,
Santa Fe, NM 87501            CM: 7021 2720 0001 7012 9375, sent June 3, 2022
 Damages $1,000,000

6. Michael E.: Family of Vigil  d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a  MICHAEL  E. VIGIL, JUDICIAL OFFICER,New Mexico Supreme Court-City of Santa Fe, New Mexico taxpayer
237 Don Gaspar Ave,
Santa Fe, NM 87501            CM: 7021 2720 0001 7012 9788, sent June 3, 2022

Damages $1,000,000.00

7. C. Shannon: Family of Bacon, d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a C. SHANNON BACON, JUDICIAL OFFICER New Mexico Supreme Court, City of Santa Fe, New Mexico taxpayer
237 DON GASPAR AVE,
SANTA FE, NM 87501                CM: 7021 2720 0001 7012 9399, Sent June 3, 2022
Damages: $1,000,000.00

8.: David K.: Family of Thomson, d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a DAVID K. THOMSON JUDICIAL OFFICER, New Mexico Supreme Court, City of Santa Fe, New Mexico taxpayer
237 Don Gaspar Ave,
Santa Fe, NM 87501                CM: 7021 2720 0001 7012 9375 Sent June 3, 2022
Damages: $1,000,000.00

9. Judith: Family of Nakamara d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a JUDITH NAKAMARA JUDICIAL OFFICER New Mexico Supreme Court, City of Santa Fe, New Mexico taxpayer
237 Don Gaspar Ave,
Santa Fe, NM 87501                CM: 7021 2720 0001 7012 9405   Sent June  3, 2022
Damages: $1,000,000.00

*10. Karen : Family of Molzen, d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a KAREN MOLZEN MAGISTRATE JUDICIAL OFFICER, United States District Court, Pete V. Domenici United States Courthouse; City of Albuquerque, New Mexico taxpayer
333 Lomas Blvd NW,
Albuquerque, New Mexico 87102                CM: 7021 2720 0001 7012 9412 Sent May 31, 2022
Damages $1,000,000.00

*11. Kathleen: Family of McGarry Ellenwood d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a  KATHLEEN MCGARRY ELLENWOOD judicial officer First Judicial District Court City of Santa Fe, New Mexico taxpayer
225 Montezuma Ave.
P.O. Box 2268
Santa Fe, NM 87504-2268                CM: 7021 2720 0001 7012 9429 Sent May 31,2022
Damages: $1,000,000.00

*12. Hugh R.: Family of Frater d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a HUGH R. FRATER  Chief Executive Officer (CEO)Federal National Mortgage Association Fannie Mae, City of Washington, DC taxpayer
3900 Wisconsin Avenue, North West
Washington, DC 20016-2892                CM: 7021 2720 00011012 9436, Sent May 31, 2022
Damages $40,000,000.00

13. William: (Bill) Family of Beckman d/b/a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a WILLIAM (BILL) BECKMAN  Chief Executive Officer (CEO) Mortgage Electronic Registration System (MERS)   City of Reston, VA taxpayer

1818 Library St. or 1118th Ave.

Reston, VA 20190                          CM: 7021 2720 0001 7012 9443  Sent June 3, 2022

Damages $1,000,000.00

14. David T.: family of Thuma  Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a DAVID T. THUMA  United States Bankruptcy Court District of New Mexico taxpayer in the City of Albuquerque, New Mexico
Pete V. Domenici United States Courthouse
333 Lomas Blvd NW
Albuquerque, New Mexico 87102          CM: 7021 2720 0001 1012 9320, Sent June 3, 2022
Damages $1,000,000.00

15. Hector: family of Balderas Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a HECTOR BALDERAS Attorney General for New Mexico taxpayer for city of Albuquerque, New Mexico
201 3rd St. NW  Suite 300
Albuquerque, NM  87102  87102          CM: 7021 2720 0001 7012 9542 Sent 6/3/22
Damages $1,000,000

16. Elizabeth: family of Mason, falsified documents providing false status claim for JPM on the complaint and bankruptcy correspondence with no evidence or proof of claim an employee for ROSE L. BRAND & ASSOCIATES, P. C. and d/b/a ELIZABETH MASON taxpayer for the city of Albuquerque, New Mexico
7430 WASHINGTON ST. NE,
ALBUQUERQUE, New Mexico 87109          CM: 7021 2720 0001 7012 9559  Sent 6/3/22
Damages 800,000

17. Steven J.:family of  Lucero  falsified documents providing false status claim for JPM with no proof of claims, an employee for McCarthy & Holthus, LLP  STEVEN J LUCERO taxpayer for the city of Albuquerque, New Mexico
6501 Eagle Rock North East Suite A-3
Albuquerque, NM  87113 CM: 7021 2720 0001 7012 9313 Sent 6/3/22
Damages: $1,000,000

18. Holly Lenatria: family of Jurist  falsified documents and providing false status claim for JPM  with no proof of status claim, an employee for The Jurist Law Group, PLLC and d/b/a  HOLLY LENATRIA JURIST  tax payer for the city of Huston, Texas
Holly Lenatria Jurist
P.O. Box 90014
Houston, TX, 77290  CM: 7021 2720 0001 7012 9566

Damages: $1,000,000

19. Eva Aimee: family of Gonzalez falsified documents and providing false status claims for JPM with no proof of claim, an employee for Titan Development and d/b/a EVA AIMEE GONZALEZ taxpayer for the city of Albuquerque, New Mexico
6300 Riverside Plaza Suite # 200
Albuquerque, NM 87120 CM: 7021 2720 0001 7012 9573  Damages: $500,000

20. Elizabeth: Family of Dranttel and d/b/a ELIZABETH DRANTTEL created a false and fraudlent deed given fraudlent claims altered and forged documents done also by her predecessors and through David Washburn /DAVID WASHBURN  an unqualified unlicensed attorney who unlawfully poses as a special master. Both Ms Dranttel and Mr Washburn colleques knew the document were forged and fraudlent and willingly committed grand theft. These  fraudlently created documents were openly supported by Francis Mathew while altering and distroying the accuracy of the court records. All judges sheriffs and Attorney General supported these crimes in violation of 18 USC 2 and 4  and d/b/a ELIZABETH DRANTTEL  taxpayer for the city of Albuquerque, New Mexico
7430 WASHINGTON ST. NE,
ALBUQUERQUE, New Mexico 87109 CM: 7021 2720 0001 7012 9580  Damages $1,800,000. sent 6/3/22

21. David: family of Washburn /DAVID WASHBURN,  created a false and fraudlent deed given claim, with altered and forged documents done also by Elizabeth Dranttel and her predecessors to misrepresent JPM status claimingunsubstantiated entitlement  All judges sheriffs and Attorney General supported these crimes in violation of 18 USC 2 and 4  and d/b/a DAVID WASHBURN taxpayer for the city of Albuquerque, New Mexico
Special Master  (unqualified)
8100 Wyoming Blvd NE Suite M-4, Box 272
Albuquerque, NM 87113 CM: 7021 2720 0001 7012 9597  Damages $1,200,000.00  sent 6/3/22

22. Larry: family of Montano an attorney working for Holland & Hart, LLP d/b/a  LARRY MONTANO created and promoted a color facsimile made from a black and white copy of a promissory note. Color changes were documented by an eye witness Ann:Galloway with NO rebutted affidavits. Mr. Montano  was relentless in his claims that this forged color facsimile is the wet ink original Note. This fraud was also supported by Francis Mathew and the rest of the New Mexico judges in the Court of Appeal and the New Mexico Supreme Court/ sheriff and attorney general No verifiable evidence and and only hearsay opinions  written and voiced by Larry Montano and Francis Mathew. No verifiable entitlement document can be found just fabricated narrative with no proof which was removed form the record proper validating violations of  Grand Theft of the Galloway home. d/b/a LARRY MONTANO a tax payer in the town of Tesuque. New Mexico
110 North Guadalupe, Ste 1,
Santa Fe, NM 87501 CM: 7021 2720 0001 7012 9603 Damages $7,000,000.00 sent 6/3/22

23. Kathleen: family of Vigil  Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a KATHLEEN VIGIL Court Clerk responsible for the accuracy of the court records with missing numbers and testimony from the court record proper taxpayer for the city of Santa Fe, New Mexico
225 Montezuma Ave.
P.O. Box 2268
Santa Fe, NM 87504-2268          CM: 7021 2720 0001 7012 9610, sent 6/3/22

Damages 6,000,000.

24. Leland: family of Titus, Real Estate Agent, falsely claimed to be the owner of Owner/ bendficary's property located at 149 A,B,C Candelario Street Santa Fe, New Mexico  he managed the removal and distruction of Beneficary's property  employed by Santa Fe Realty Unlimited and d/b/a LELAND TITUS Leland harassed Owner/Beneficiary, called on the phone and hung up several times; a Santa Fe, New Mexico tax payer
1486 S St Francis Dr.
Santa Fe, NM 8750              CM: 7021 2720 0001 7012 9627, sent 6/3/22
Damages $5,000.000.00

25. Nephi: Family of Hardman. attorney paid by Owner/Beneficary Mr. Hardman is a Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and evidence provides that Mr. Hardman colloberated with JPM attorneys and took a payoff based on his last minutne filing and his poor writing skills; d/b/a NEPHI HARDMAN. an officer of the court Court of Appeals. tax payer for the city of Albuquerque New Mexico
9400 Holly Ave NE, Bldg 4
Albuquerque, NM 87122              CM: 7021 2720 0001 7012 9634, sent 6/3/22
Damages $1,000,000.00

26. Bryan: family of McWhorter, employee of JPMorgan Chase Bank National Association 'offering $3,000' to buy Owner/ Beneficiary's property; accepted for proof of claim.  The claim was never proven by Mr. McWhorter, but supported by fraud and alteration of documents aided and abetted by New Mexico public officials
1111 Polaris PKY, Floor 1A OH-149
Columbus, OH 43240              CM: 7021 2720 0001 7012 9641 sent 6/3/22
Damages $1,250,000.

27. Kenneth J.: Family of Gonzales Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a KENNETH J. GONZALES doing business as United States District Judge United States District Court taxpayer for the city of Las Cruces, New Mexico
100 N. Church Street, Suite 560
Las Cruces, New Mexico 88001              CM: 7021 2720 0001 7012 9658, sent 6/3/22
Damages $1,000,000.00

28. Adan: Family of Mendoza  Trustee of the social security Cestui que Trust ANN MARIE GALLOWAY and d/b/a ADAN MENDOZA  Santa Fe County sheriff aided and abetted criminal Grand Theft after having recieved unrebutted evidence of fraud and court document alterations committed by JPMORGAN CHASE BANK NA AND FANNIE MAE judges, attorney general and attorneys.
Taxpayer  city of Santa Fe, NM

35 Camino Justicia
Santa Fe, New Mexico 87508        CM:  7021 2720 0001 7012 9535  sent 6/3/22
Damages: $2,500,000.

**Keya: family of Koul** d/b/a KEYA KOUL forged documents for JPMORGAN CHASE BANK NA former employee of The Castle Law Group, LLC 20 First Plaza NW, Suite 602 Albuquerque, NM; shut down by the Colorado Attorney General. Keya along with E. Mason, Lucero, etc., all colluded to start the forceclosure process while Larry Montano took over continuing the fraudlent misrepresentations #804404 License Status: RIHC. Currently employed at Netflix, d/b/a KEYA KOUL taxpayer in the city of **Los Angeles, CA**
5808 W. Sunset Blvd.,
**Los Angeles, CA** 90028  CM: 7021 2720 0001 7012 9474 sent 6/3/22 Damages $1,050,000.00

R. -Kendell: family of Yow and d/b/a KENDALL YOW attorney for Quilling, Selander, Lownds Winslett & Moser, P.C. acted on fraudulently altered documents removed the accuracy of the court record and validated being actively involved in grand larceny. taxpayer for the city of Dallas, Texas
2001 Bryan Street, Suite 1800
Dallas, Texas 75201 CM: 7021 2720 0001 7012 9467 sent 6/3/22 $2,000,000.00

Edward-DeV.: house of Bunn and d/b/a EDWARD DE V. BUNN Firth Bunn Kerr Neill acted on fraudulently altered documents removed the accuracy of the court record and validated being actively involved in grand larceny tax payer
for city of El Paso, Texas
311 Montana,
Law Center El Paso, Texas 79902 CM: 7021 2720 0001 7012 9450 sent 6/3/22 Damages $2,000,000

Summary: The **private common law trust** has superior title through the land patent and 20 years of ownership of the deeder Ann Galloway to the private common law trust. As a result, all affidavit and instruments Galloway filed have NOT been rebutted therefore all facts remain as truth in commerce. Elizabeth Dranttel directed David Washburn who does not have the proper credential to be a special master to forge a false deed. This unlawful deed is based on fraud on the court. This fraudulent and unlawful deed was entered into the county records. Kathleen Ellenwood, Kendell Yow and Edward Bunn were well-informed of the forged documents and destruction of accurate recordings in the court record proper. Participating Judges and Attorneys were given verifiable evidence of the fraud which they continually removed from the court record. The unlawful orders signed by Francis Mathew do not apply to the trust. Ann Galloway does not own the property. The private common law trust owns the property. The unconstitutional public officials who have perjurered their oath of office and failed to attain a bond required by the New Mexico Constitution making them impostors have no jurisdiction. "Fraud vitiate everything" 98 U.S. 61 (___)UNITED STATES v. THROCKMORTON. Supreme Court of United States.

With completion of Service and designation of witnesses to:

United States Attorney General Merrick B. Garland

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of Military Commission
*Clo* Ron Flesvig
4800 Mark Center Dr. 11F09-02
Alexandria, VA  22350-2100

## I.  Conditional Acceptance

I CONDITIONALLY accept your offer if the public official can prove they did not aid and abet in criminal acts and have the lawful authority to act having no bias for CEO or CFO, et al;  Jamie Dimon's group  also known as JPMORGAN CHASE BANK NA and Hugh Frater's group, also known as FANNIE MAE along with the judges, attorneys and participants in cases D-101-CV 2013- 00911 and D-101-CV-2020--01274 will testify under oath and under penalty of perjury to the following facts:

1. No evidence was provided that the foreign agents and participants rebutted any of the affidavits and gave their consent to the enclosed facts.

2.  That no admissible evidence was provided that the foreign agent judges attained a personal bond  as required in the New Mexico Constitution

3. No evidence was provided  to prove that the foreign agent  are individually bonded that the sheriff, attorney general and judges are falsely claiming a position of power that they are not lawfully qualified to perform.

4.The Lien protection act is a violation of the constitution and does not apply, given the status of public officials and the tacit agreements of unrebutted affidavits

5. No personal bonds were attained validating judges, Attorney General and Sheriffs as impostors.

Note: Given the New Mexico Constitution foreign agents did not fail to follow the law by falsely claiming a position they are not qualified to perform  Note:"On January 17, 1924, the New Mexico Supreme Court held the requirement of bond prior to discharging the duties of office claimed in a case entitled Board of Comm'rs v. District Court of Fourth Judicial Dist., 29 N.M. 244, 223 P. 516 (S. Ct. 1924) And under Section 4, Chapter 76, Session Laws of 1923, constitutes the County Commissioners of every county a Board of County Finance, and section 8 of the act makes it the duty of the Boards and the District Judge of the Fourth Judicial District to approve the bond of the County Treasurers. Note. The word stated is "the bond", singular and not a blanket bond.  New Mexico law requires an oath not perjured" No evidence has been provided that foreign agent have not only perjured their oath which is treason, they have also committed felony by not registering with The Foreign Agents Registration Act (FARA). We the People have been given no credible public servant who can not claim accountability

**Prove that  the common law as well as constitutional law does not conflict with the"2015 New Mexico Statutes Chapter 48 - Liens and Mortgages Section 1A Lien Protection Efficiency Section 48-1A-5** Non-enforceability of nonconsensual common law liens. Statures are not laws. 48-1A-5. Non-enforceability of nonconsensual common law liens is unconstitutional **Statutes NOT Laws - Private Bankers National Banking Association** US.SUPREME COURT DECISION -'The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy, and statutes are "not the law", *[Self v. Rhay, 61 Wn (2d) 261] US. SUPREME COURT DECISION* - "All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws."

6. Prove to the contrary that the unconstitutional - Statutes refer to Acts of  legislation. - Statutes do not protect - they are used to keep control. - Statutes are often unjust - they can be punitive, unfair, unreasonably prescriptive and authoritarian. - We are all equal in the eyes of the law. - We are not all equal in the eyes of statutes.

7. Prove that you know any Trust can not sustain such injuries as your claiming that the factual evidence makes your claims criminally fraudulent by construction and action.

8. Prove that Ann: Galloway should not Conditional  Acceptance with protest, extortion, fraud, Grand Theft, conspiracy to commit fraud, treason, conspiracy to commit treason, false arrest false imprisonment serviced by hand to me.

9. Prove that the Trust business entity corporations state of New Mexico, the Sheriff as law enforcement officer" did not know he was aiding and abetting criminal activity when Mendoza's sheriffs demanded that I abandon my home given well established evidence of  fraud and due process violations under the Bill of Rights and the Constitution.

10. Prove that the judges, the Sheriff Mendoza  and the Attorney General was not offered money to commit grand larceny given Francis Mathew fraudulent order  titled Summary Judgement  for Case No.: D-101-CV 2013 – 00911 and  is not an attempt to commit the title of myself as the acting trustee when Corporate judges, JPM, Fannie Mae addressed herein are, the Trustees,

11. Provide proof that you did not know full well that as an Owner/beneficiary I have no authority to make any decisions for said Trust in this Military, Admiralty Jurisdiction Maritime law Tribunal whose standard is the yellow fringed flag and Judgement as an attachment.

12. Provide evidence that the foreign agents rebutted the affidavits and did not give their consent to the enclosed facts.

## II. Related Facts

The Lien protection act is unconstitutional and does not apply given tacit agreement by unrebutted affidavits, No personal bonds were attained making judges, Attorney General and Sheriffs imposters. Given the New Mexico Constitution foreign agents failed to follow the law by falsely claiming a position they are not qualified to perform "On January 17, 1924, the New Mexico Supreme Court held the requirement of bond prior to discharging the duties of office claimed in a case entitled Board of Comm'rs v. District Court of Fourth Judi
cial Dist., 29 N.M. 244, 223 P. 516 (S. Ct. 1924) And under Section 4, Chapter 76, Session Laws of 1923, constitutes the County Commissioners of every county a Board of County Finance, and section 8 of the act makes it the duty of the Boards and the District Judge of the Fourth Judicial District to approve the bond of the County Treasurers. Note. The word stated is **"the bond",** singular and not a blanket bond. New Mexico law requires an oath not perjured" No evidence has been provided that foreign agent have not only perjured their oath which is treason, they have also committed felony by not registering with The Foreign Agents Registration Act (FARA). We the People have been given no credible public servant with accountability

> **"2015 New Mexico Statutes Chapter 48 - Liens and Mortgages Section 1A Lien Protection Efficiency Section 48-1A-5** Non-enforceability of nonconsensual common law liens. Statures are not laws. 48-1A-5. Non-enforceability of nonconsensual common law liens is unconstitutional **Statutes NOT Laws - Private Bankers National Banking Association** US.SUPREME COURT DECISION -'The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy, and statutes are "not the law", [*Self v. Rhay, 61 Wn (2d) 261] US. SUPREME COURT DECISION* - "All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws."

The unconstitutional - Statutes refer to Acts of legislation. - Statutes do not protect - they are used to keep control. - Statutes are often unjust - they can be punitive, unfair, unreasonably prescriptive and authoritarian. - We are all equal in the eyes of the law. - We are not all equal in the eyes of statutes.

### III. Added facts regarding the entitlement documents

1. The entitlement documents were not authentic and clearly revealed fraud. All judges, attorneys and public officials bound to the law were given indisputable evidence of altered forged and fraudulent documents and avoid the issue to foreclosure on Owner/ Beneficiary property.

2. All foreign agents aided and abetted JPMORGAN CHASE BANK NA The documents are required to be original and authentic in order to have standing to foreclose. There were no original authentic documents of entitlement- promissory note and mortgage deed contract. These issues was addressed by unrebutted affidavits by Ann- Marie: Galloway, the only one who has first-hand, eye-witness experience with the documents.



3. The 2011 Promissory Note evidenced obvious criminal alterations by a robo-signer. An alleged employee from Mortgage Strategies Group Llc assigned the note to herself and misspelled her alleged employer's name.

4. The 2013 Promissory Note was further altered with a VOID stamp. The law requires the **note** to be signed and dated in front of a Notary Public to ensure that it is a legally enforceable agreement.

5. An Assignment of Mortgage was assigned from a JPM employee Michael T. Wolf to JPMORGAN CHASE BANK NA (JPM). There is no evidence of the Promissory **Notes** being transferred as required by UCC 3-203 and 204 https://www.law.cornell.edu›ucc › 3 › 3-203 to JPMORGAN CHASE BANK NA because JPMORGAN CHASE BANK NA forged a black and white copy of a note to create a color facsimile with color changes document by unrebutted affidavits.

6. This is proven and validated by unrebutted affidavits. The assignment of Mortgage and transfer of the Promissory **Notes** was not disclosed or verified. JPMORGAN CHASE BANK NA assigned the mortgage to themselves given the fact that Michael T. Wolf was a JPM employee. There were no authentic documents only alterations and forgeries by JPM

**IV. I further Conditionally accept and send greetings of peace and blessing to all of the Trustee/ Respondents and pray for your well being.**

Jamie:Dimon, Chief Executive Officer of JPMorgan Chase Bank NA, and Hugh: Frater Chief Executive Officer for Fannie Mae

1. RE: I conditionally accept that on April 22, 2022 "Notice of abandoned biological property claim with all subsequent annexations. " The **Affidavit and Declaration** filed in the **Santa Fe County Clerk #1986647** is superior claim for the alleged abandoned Biological fetal property claim, in reference to One's property at 149 A,B,C Candelario Street, Santa Fe New Mexico and subsequent properties.

2. Shockingly, recognizing that you the courts and other participants are the deep state and presumed power over we the People, based on the abandoned fetal material, placenta. One is all present and accounted for from fertilization to last breath.

3. Who would ever fathom such absurdity...that a man should drag the dead-weight of a membranous afterbirth "phantom limb" other wise the One abandoned One's wholeness.

4. Now that I have claimed my wholeness and given proof of my superior claim of ownership for my biological material that you claimed I had abandoned I conditionally accept the way you do business with your Offer to Commit Fraud and in your effort to have power over all property.

5. I conditionally accept that you will continue to non- disclose and deceive any way that you can by altering and forging a Promissory Note, Assignment of Mortgage as part of the package for entitlement.

6. I conditionally accept that you gave enough money to enable the judges to perjury their oath and commit treason.

7. The record shows, with numerous misrepresentations, false status claims and with no proof of claim the judges were more than willing to overlook your crimes…

8. And then having truth, evidence and law destroyed from the court records provided further verification of the fraudulent cover-up

9. and reneging the attempt to change the original contract agreed upon terms.

## V. Chief Executive Officer Mr. Jamie Dimon, also known as CHASE HOME FINANCE LLC. JPMORGAN CHASE BANK NA and Hugh: Frater Chief Executive Officer of Fannie Mae, FEDERAL NATIONAL MORTGAGE Et al.

1. Based on false perceptions, the accused has and is currently, willfully, maliciously and knowingly attempting to deprive me of my rights and property through crimes listed herein. This correspondence is in reference to several governing bodies that as a Financial Institution, you are bound to act honestly in good faith. You are charged with an equitable duty to deal with trust property for another/i, me, my benefit.

2. You received correspondence and tender of payment from Ann Galloway, Beneficiary regarding settlement. You refused honor and/ or return the added promissory note given in good faith by the Owner and Beneficiary. You deliberately committed fraud by altering documents and changing the terms agreed upon with the lender.

3. Jamie Dimon you failed to identify the lender under oath with penalties of perjury and without my authorization, in an attempt to have me commit myself as the acting Trustee. The facts remain that the people addressed herein are the Trustees, knowing full well that as the Owner/beneficiary I have no authority to make any decision/s for said Trust in this matter and wherein the beneficiary has no fiduciary responsibility for said Trust.

4. You are required to respond within 10 (ten) days of receipt of Certified Mail listed with the trustee respondents. I will conditionally accept your offer, of refusal of my payment if you can meet the terms and conditions. I am Ann: Family of Galloway [hereinafter Ann: Galloway I, me, my], a freewoman, sui juris as living woman, living blood,living soul and sole Owner/beneficiary of the Social Security Cestui Que Trust ANN MARIE GALLOWAY [hereinafter Trust ANN MARIE GALLOWAY], and never as the Trustee.

## VI. I serve this "Conditional Acceptance" upon the Trustees, their principals and the humans listed on the enclosed pages Et al. in their human being and Trustee persons capacity

1. Be it known: The "Conditional Acceptance" to Your offer establishes a Common-law contract between us under the Postal rule, which states:

2. The postal rule (also known as the mail box rule or "deposited acceptance rule") is a term of common law - contracts which determines the timing of acceptance of an offer when mail is contemplated as the medium of acceptance. The general principle is that a contract is formed when acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The mailbox rule provides that the contract is formed when a properly prepaid and properly

addressed letter of acceptance is posted. One rationale given for the rule is that the offeror nominates the post office as implied agent and thus receipt of the acceptance by the post office is regarded as that of the offeree. The main effect of the mailbox rule is that the risk of acceptance being delivered late or lost in the post is placed upon the offeror. If the offeror is reluctant to accept this risk, he can always require an actual receipt before being legally bound."

## VII. Pertinent Law(s):

12 USC 1431-Banks can not loan money because they are the Borrowers
42 USC 404 - It is unlawful and criminal to asking for one's social security number on any credit transaction or loan.
15 USC 1602g - We the consumers are the Creditors; discharge all Debts
UCC 3-104 - Explains what a Negotiable Instrument is
31 USC 5118 - We the People can discharge all debts and Tender of Payment which does not have to be legal tender
 TRANSFER OF INSTRUMENT; RIGHTS ACQUIRED BY TRANSFER.
3-202 Recession
3-203 but the transferee cannot acquire rights of a holder in due course by a transfer, directly or indirectly, from a holder in due course if the transferee engaged in fraud or illegality affecting the instrument.
3-204 Endorsement

## VIII. Factual Information: No license to do business in New Mexico

1. In 2010 Statements to collect a debt with no entitlement came from CHASE HOME FINANCE LLC while in violation of the New Mexico licensing regulations and commerce.

2. JPMORGAN CHASE BANK NA is also a foreign corporation and was not approved to bank in the United States of America through the Security Exchanged and International Monitory Fund. Further these foreign corporation presented, statements and failed to pay interest on the bonds. The meaning of these words are now known.

3. Further, in good faith an added Promissory Note for $521,000 was provided to pay off investors. JPMORGAN CHASE BANK NA failed in their fiduciary duty and extorted the Tender of Payment This is a violation in Commerse

4. In 2018 JPMORGAN CHASE BANK NA failed to disclose the name of the lender in Default judgement from Right of Redemption

## IX. Definitions12

• Statement - Blacks Law 4th/ Andersons Law: an allegation.

• Coupon – Blacks Law 4th: "Coupons are written contracts for the payment of a definite sum of money on a given day, and being drawn and executed in a form and mode for the purpose, that they may be separated from the bonds and other instruments to which they are usually attached.

• Bond – Blacks Law 4th: "A creditor whose debt is secured by a bond." (I am the Creditor) In finance, a bond is an instrument of indebtedness of the bond issuer to the holders.

• Instrument – Andersons Law: A written document; a formal or legal document in writing, such as a contract, deed, will, BOND, or lease.

• Liberty – "The word "liberty" includes and comprehends all personal rights and their enjoyment. *Rosenblum v. Rosenblum, 1 8 1 Misc. 78, 42 N.Y. S.2d 626, 630.*

It embraces freedom from duress; freedom from governmental interference in exercise of intellect, in formation of opinions, in the expression of them, and in action or inaction dictated by judgment, *Zavilla v. Masse, 1 1 2 Colo. 183, 147 P.2d 823, 827;* freedom from servitude, imprisonment or restraint, Committee for Industrial *Organization v. Hague, D.C.N.J., 25 F.Supp. 127, 13 1 , 1 4 1 ; People v. Wood, 1 5 1 Misc. 66, 272 N.Y. S. 258;* freedom in enjoyment and use of all of one's powers, faculties and property, *Grosjean v. American Press Co., 297 U.S. 233, 56 S.Ct. 444, 446, 80 L.Ed. 660; City of Mt. Vernon v. Julian, 369 Ill. 447, 17 N.E.2d 52 , 55;* freedom of assembly, Rosenblum v. Rosenblum, 1 8 1 Misc. 78, 42 N.Y.S.2d 626, 630; freedom of citizen from banishment, *Committee for Industrial Organization v. Hague, D.C.N.J. , 25 F. Supp. 127, 141 ;* freedom of conscience, *Gobitis v. Minersville School Dist., D.C.Pa., 2 1 F.Supp. 58 1 , 584, 587;* freedom of contract, *State ex reI. Hamby v. Cummings, 166 Tenn. 460, 63 S.W.2d 5 1 5; State v. Henry, 37 N.M. 536, 25 P.2d 204;* freedom of locomotion or movement, Committee for Industrial *Organization v. Hague, D.C.N.J., 25 F.Supp. 127, 1 3 1 , 1 4 1 ;* freedom of occupation, *Koos v . Saunders, 349 Ill. 442, 1 82 N.E. 4 1 5, 4 1 8; freedom of press, Commonwealth v. Nichols, 301 Mass.* 584, 18 N.E.2d 166, 167; *Near v. State of Minnesota ex reI. Olson, 283 U.S. 697, 5 1 S.Ct. 625, 628, 7 5 L.Ed. 1357;* freedom of religion, *Gabrielli v. Knickerbocker, 12 Cal.2d 85, 82 P.2d 391, 393; Hamilton v. City of Montrose, 1 09 Colo. 228, 1 24 P.2d 757, 759; Cantwell v. State of Connecticut, 3 1 0 U.S. 296, 6 0 S.Ct. 900, 903, 84 L.Ed. 12 13;* freedom of speech, *Ghadiali v. Delaware State Medical Soc., D.C. Del., 28 F. Supp. 84 1 , 844;* Carpenters and Joiners *Union of America, Local No. 2 1 3, v. Ritter's Cafe, 3 1 5 U.S. 722, 62 S.Ct. 807, 86 L.Ed. 1 143.* It also embraces right of self-defense against unlawful violence; right to acquire and enjoy property; right to acquire useful knowledge; right to carry on business, *Mlle. Reif, Inc., v. Randau, 1 66 Misc. 247, 1 N.Y.S.2d 5 1 5, 5 1 8;* right to earn livelihood in any lawful calling; right to emigrate, and if a citizen, to return, Committee for Industrial Organization v. Hague, D.C.N.J. , 25 F.Supp. 127, 1 4 1 ; right to engage in a lawful business, to determine the price of one's labor, and to fix the hours when one's place of business shall be kept open, *State Board of Barber Examiners v. Cloud, 220 Ind. 552, 44 N.E.2d 972, 980;* right to enjoy to the fullest extent the privileges and immunities given or assured by law to people living within the country, *McGrew v. Industrial Commission, 96 Utah 203, 85 P.2d 608, 6 1 1 ;* right to forswear allegiance and expatriate oneself, *Committee for Industrial Organization v. Hague, D.C.N.J. , 25 F.Supp. 127, 1 4 1;* right to freely buy and sell as others may; right to live and work where one will, *People v. Wood, 1 5 1 Misc. 66, 272* N.Y.S. 258; right to marry and have a family, Committee for Industrial Organization v. Hague, D.C. N.J., 25 F.Supp. 127, 1 4 1 ; Rosenblum v. Rosenblum, 1 8 1 Misc. 78, 42 N.Y.S.2d 626, 630; right to pursue chosen calling, People v. Cohen, 255 App.Div. 485, 8 N.Y.S.2d 70, 72; right to use property according to owner's will." Black's Law Dictionary, Fifth Edition(Emphasis added by me.) Yet We the People are forced to attend government operated and controlled schools where throughout our educational years we are brainwashed into believing that we are required to be licensed for these rights and freedoms and the corporation government, no longer the Constitutional government, fines and/or imprisons us if we are not licensed. This is an act of Treason and Conspiracy to Commit Treason against every American Citizen in this country.

## X. STATEMENT OF FACTS:

1. ANN MARIE GALLOWAY and names connected to the 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 issued by the Social Security Administration as a Trust, wherein Ann: Galloway is the human that is the Owner/beneficiary; hence, given trust law Ann: Galloway, Beneficiary cannot be the Trustee of said Trust having no authority to agree to anything in relation of the Trust.

1.a  I, Ann: Galloway,  now know that I am the owner/beneficiary of the Cestui Que Trust associated with the Social Security number and that I am NOT the Trustee.

2. Ann: Galloway, Beneficiary  was not provided any admissible evidence from the bank that they funded an alleged loan while  Francis Mathew and Larry Montano created false narratives to unlawfully rule summary judgement.

2.a  It is evident that the court records have been altered, removed and destroyed to conceal the court officers criminal fraud for Jamie Dimon and Hugh Frater

3.  It was  terrorizing  to see public servants intentionally break the law, perjure their oath and to be raped by law enforcement, Judges, Attorney General, and Sheriffs  who all willfully participated in grand larceny. All participants have perjured their oath of office, abused their power and implemented irreparable damage.

4. In violation of Banking laws, Interstate commerce, the Security and Exchange (SEC) New York Security Laws-JPMORGAN CHASE BANK NA,  CHASE HOME FINANCE LLC and Fannie Mae having  claimed to have funded a loan with no admissible evidence no authority to do business all in violation of commerce and the law on the land.  Evidence provides that CHASE HOME FINANCE LLC  has no license or authority to do business in New Mexico.

5. **Nemo dat quod non habet**, literally meaning "no one gives what he doesn't have" is a legal rule, sometimes called the **nemo dat** rule, which states that the purchase of a possession from someone who has no ownership right to it also denies the purchaser any ownership title. https://www.commerce.gov/about/contact-us. All are being reported to the appropriate agencies, FBI and to the Finance Departments

6. It is unknown who is the lender of an alleged loan and  who has the lawful right to receive payments from an "alleged borrower".

7. Without disclosure and proof of entitlement the allege borrower refuses to participate in fraud.

8. With the continual deception and non disclosure of the foreign agents I, Ann :Galloway, Beneficiary have not experienced justice and/or redress.

9.No affidavits were rebutted validating, fraudulently altered and forged court records, (numbers are missing leaving empty spaces from the court record proper to destroy the accuracy of the court record, validating: fraud, perjured oaths of office and treason.

10. Ann: Galloway, Beneficiary would like to believe that there are  over site errors;  however, the blatant forgery, alteration of records and destruction of court records are too obvious to deny. The

corruption to aid and abet the banks are clearly planned willfully and maliciously( from First Judaical District Court, Court of Appeals and to the New Mexico Supreme Court).

11. DBA as judges perjured their oath of office colluded and acted unconstitutionally without jurisdiction, to commit treason. There is no place to go for justice, Military tribunals are required in this New Mexico  land of insurrection

12. Ann: Galloway, Beneficiary through numerous unrebutted affidavits, Tort Claim, Administrative Processes, notices and this conditionals acceptance sought disclosure and an opportunity for all principals and agent perpetrators to come forward with clean hands and settle these criminally fraudulent matters. In the Tort Claim an amount was given to settle. The Foreign Agents knowing how corrupt the courts continued their scheme of grand theft.

13. All  principal and agent perpetrators have failed to come forward with clean hands and settle these criminally fraudulent matters therefore more damage amounts have been added (see list of respondants and cost of damages)

14. All judges, Mr. Dimon,  Mr. Frater and attorneys colluded with the foreign corporate officers/ trustee, et al.  in this and related actions.

15. Ann : Galloway, Beneficiary have superior title as beneficiary with a clear chain of title in a registered Land patent.

16. Ann : Galloway, Beneficiary necessitates redress given  10 years of continual damages-deception, false statements, willful terrorized and committed grand larceny to steal my home. The perpetrators actions were purposeful to  create anxiety stress, and  irreparable damages: the death of my beloved, destruction of my career, destruction of  quality of life, my home and "Life, Liberty and the pursuit of Happiness".

17. The Sheriff and Attorney General were given indisputable evidence of the above crimes, instead of following the law, they perjured their oath of office and failed their fiduciary duties.

18. The government that direct other portions of the government to act contrary to that Constitution, the portion doing the directing is unconstitutional and the portion being directed should refuse to violate their oath, even if that means refusing to follow the unlawful government order.

19. The Sheriff and Attorney General have authority over corrupt judges yet willfully aided and abetted JPMORGAN CHASE BANK NA and FANNIE MAE as well as Francis: Mathew and Kathleen: McGarry Ellenwood dba as judges

20. As of March 10, 2022 the Attorneys Bank, Judges, Attorney General, Sheriff, and Fannie Mae have committed grand larceny together. Currently, my home and personal property has been violated. All my belongings, were stolen by officers of the court, and I was physically forced from my home. 21. The removal of critically important records, art, furniture, family heirlooms, family treasures passed down for generations including valuable art and sculpture, family pictures... Raped from me: my home, furniture, clothing and irreplaceable art of significant memories.

Count 1- Malfeasance
A wrongfully, unlawful, or dishonest acts; esp., wrong doing by misconduct by a public official; misfeasance in Public office

Count 2- Breach of Trust A trustee's violation of contract terms the trust's terms and the trustee's general fiduciary obligations; the violation of a duty that equity imposes on a trustee, violations evidenced of a duty was willful, fraudulent, negligent or inadvertent. A breach of trust subjects the trustee to removal and creates personal liabilities.

Count 3- Peonage Illegal and involuntary servitude in satisfaction of a debt... When you are forced to donate the fruits of your labor against your will is outlawed...
RE: Account (loan) # 0634538839
It is well known that any Trust cannot sustain such injuries as your claiming. This makes your claims criminally fraudulent by construction and action.

XII. I CONDITIONALLY accept your offer if the CEO or CFO, et al known as JPMORGAN CHASE BANK NM and CEO Mr. Dimon, and also known as Federal National Mortgage CEO Mr. Frater testify under oath and under penalty of perjury the following facts:

1) that neither were original "lender", the debt was not cured and no 1099a and\ or 1099c has been filed canceling the debt.

2) that neither did not sell my note in order to securitize it, in violation of 15 USC 78c Section 10

3) that neither did not file a 1099a and\ or 1099c canceling the alleged debt I allegedly owe.

4) that neither failed to submit a copy to the borrower as required by IRS laws (instructions for forms 1099a and 1099c)

5) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE did not take funds from their own account or their depositors to loan "loan" Ann: Galloway your or any money.

6) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE did not use ANN MARIE GALLOWAY' signature to access ANN MARIE GALLOWAY' CESTI QUE TRUST account, for the funds loaned to Ann : Galloway, beneficiary and Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE did not became the intermediary and fiduciaries on Ann: Galloway' account.

7) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE did not fail as Trustees for ANN MARIE GALLOWAY CESTI QUE TRUST as indicated via Ann Galloway's Social Security number which was obtained by your companies.

8) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE actually holds the note and deed together.

9) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE can prove there is lawful money for Americans to repay a debt.

10) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE has paid taxes on the interest gained by Ann : Galloway, beneficiary account.

11) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE provide proof of ANN MARIE GALLOWAY giving Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE permission to be BENEFICIARIES over Ann : Galloway, beneficiary' CESTI QUE TRUST Account.

12) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE has a security interest in the property OWNED by Ann : Galloway, the living breathing woman according to the original recorded deed. Instrument: 1896382

13) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE has followed the law fully for Regulation Z as enforced by the Federal Trade Commission FTC. (This document and like documents has been sent to the FTC.)

14) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE will NOT be damaged by non (re) payment of alleged loan to Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE

15) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE has not taken out insurance in the event of non (re) payment of alleged loan to Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE where Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE would be 100% compensated in case of a non (re) payment of an alleged loan.

16) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE can prove there was an actual loan and that foreclosures are constitutional.

17) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE can prove that lending bank money is lawful

18)  Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and  FEDERAL NATIONAL MORTGAGE can prove that lending investors' money is lawful.

19)  Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and  FEDERAL NATIONAL MORTGAGE can prove that ANN MARIE GALLOWAY' signature did not create the funds

20) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and  FEDERAL NATIONAL MORTGAGE prove you did not hijack Ann: Galloway's documents, acted in good faith and disclosed FULL details to ANN MARIE GALLOWAY' at the time of signing any note.

21)  Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE can lawfully designate MERS as "mortgagee" (one who lends money)

22) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE can produce a TRUE BILL on a Monthly basis.

23) Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and FEDERAL NATIONAL MORTGAGE can produce an original wet ink signature power of attorney to change agreements on ANN MARIE GALLOWAY' behalf.

## XIII. CONDITIONS

As Owner/ Beneficiary/Settlor to the Trust ANN MARIE GALLOWAY I conditionally accept Your Offer Trustees, who are the living and breathing human People of The Accused if you fulfill the following conditions, to wit:

A. I require to see the original securities signed by me with the Trust business entities "STATE OF NEW YORK" and/or COUNTY OF BRONX, NEW YORK and/or "CITY OF NEW YORK, NEW YORK" and/or "STATE OF NEW YORK DEPARTMENT OF SAFETY AND HOMELAND SECURITY" wherein the language is written that I  Ann: Galloway was relinquishing my lawful status as a human and/or as the human beneficiary of the Trust ANN MARIE GALLOWAY and thereby become the Trustee of said Trust;

B. Additionally, I need to see if the original securities have, indeed, been filed with the Depository Trust Corp (DTC) located at 55 Water Street, One St., New York, NY 10041 as securities to support whether or not your businesses net worth has increased through your use of my credit and the Trust's-credit;

C. The documentation you present is confusing inasmuch as you relate the alleged defendant to be the Trust ANN MARIE GALLOWAY, and not the beneficiary of said trust; therefore, I need written clarification as to precisely who or what was intended as the contractees, and if different, than what is written? Why have you not addressed any issues in question and this/these points in the past;

For example: Your documentation clearly designates the contractee as ANN MARIE GALLOWAY and that name is connected to the SSN/TIN issued by the Social Security Administration as a Trust wherein Ann: Galloway is the human that is the beneficiary; hence, with full knowledge and well known in the industry, I, Ann Marie Galloway cannot be the Trustee of said Trust with authority to agree to anything in relation of the Trust.

D. Additionally, without disclosure I do not understand what is intended as who the alleged real parties in interest are, therefore, evidence of who or what is intended as the real parties in interest is without proof and unknown;

E. Evidence to support that you were not creating an action against the Trust SDT which could not possibly have committed the action so charged because it is a fiction of law;

F. Evidence that you, the Accused, did not fraudulently collect from both me and the Trust ANN MARIE GALLOWAY and that you are not attempting to collect from me and the Trust ANN MARIE GALLOWAY;

G. Evidence provides  Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and  FEDERAL NATIONAL MORTGAGE   Francis Mathew DBA as judge, Larry Montano d/b/a attorney Elizabeth Dranttel d/b/a, attorney Leland Titus d/b/a realestate sales person, Hector Balderaz dba as attorney general Adan Mondeza DBA as sheriff- Attorneys, officers, agents, brokers and/or intermediaries have not collected considerable amounts of money  from the Trust SDT Means:A Special Disability Trust ["SDT"] is a trust which can be created during your lifetime or under the terms of your Will to provide for a person with a severe disability. This is through merchant Trustees CHASE HOME FINANCE LLC. (not licensed to do business in New Mexico)  and JPMORGAN CHASE BANK NA fraudulently created numerous  bonds on the D-101-2013- 00911 and related cases while Mr. Mathew and Mr. Montano acted without jurisdiction and perpetuated false narratives to rule summary judgemtn; While Kathleen Ellenwood peputated that same fraud by removing court records, denying due process and equal protection of the law.

Supreme Court ruling established in *Brady v Maryland* and *United States v Giglio* that prosecutors have a duty to disclose when an officer has a known issue of misconduct in their personnel records that could affect that officer's credibility.

H. Explain why neither me, the living woman nor the Trust ANN MARIE GALLOWAY was paid the royalties from these bonds created by Trustees Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and  FEDERAL NATIONAL MORTGAGE

I. Official verification as to precisely what is to be used as "payment;"

J. Mr Dimon and Mr. Frater also known as CHASE HOME FINANCE LLC, JPMORGAN CHASE BANK NA and  FEDERAL NATIONAL MORTGAGE  and the courts ...as the Trustees, which you volunteered to be the Trustees, send me a full accounting of all activity in the Trust ANN MARIE GALLOWAY from its inception so that I may have this for my records.



K. Please provide evidence that as a Financial Institution registered in North America and/or specifically in the State of New Mexico that you are not bound by the New Mexico Statues and the Uniform Commercial Code.

L. Please provide evidence that the Uniform Commercial code (UCC) is not a comprehensive set of laws governing all commercial contracts in the United States and which laws you follow.

M. Please provide evidence of your institutions "exemption status" to Article 3 of the Uniform Commercial **Code that covers commercial paper such as "drafts," "promissory notes," and "checks," are not acceptable as a means to satisfy and or discharge financial obligations. Further, you are required to disclose how you did not extort $521,000.00 paid to investors in good faith.**

N. Please provide evidence to the contrary that Negotiable Instruments are not used for purposes of payments of goods.

O. Please provide evidence to the contrary that Negotiable Instruments are not used as a cash substitute.

P. Please provide evidence to the contrary pursuant to TITLE 31 of the United Code MONEY AND FINANCE, that Negotiable Instruments are not a circulating note of the Federal Reserve Banks and National Banking Associations.

Q. Please provide proof that a remittance coupon cannot be used as payment/ credit towards the account if endorsed properly.

R. I order you to file a 1099C. I also order you to show cause why you should not be charged with Grand Theft and for participating in grand theft, Treason and Conspiracy to Commit Treason and to overthrow the Constitution for the United States of America Article III Judiciary.
"... Every taxpayer is a cestui que trust having a sufficient interest in preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction as a relator in the proceeding to set a sovereign authority in motion by action..." *In re Bolens 135 N.W. Rep. 164 (1912) supreme Court Wisconsin...*"

**Plaintiff/Respondants you HAVE 10 DAYS TO REBUT all ITEMS, ITEM BY ITEM VIA SWORN TESTIMONY UNDER PENALTY OF PERJURY IN AFFIDAVIT FORM. FAILURE TO RESPOND AFTER RECEIPT OF THIS AFFIDAVIT IS AGREEING TO THIS AFFIDAVIT BY MAXIMS OF LAW. IN FAILURE TO RESPOND WILL CONSTITUTE ACQUIESCENT, THEREFORE, I WILL CONSIDER THIS ACCOUNT BROUGHT TO ZERO, AND THE ACCOUNT IN SATISFACTORY STATUS. I WILL EXPECT YOUR COMPANY TO PROPERLY FILE THE CORRECT PAPERWORK AT THE COUNTY RECORDS OFFICE AND ISSUE ME A LETTER OF SATISFACTION OF MORTGAGE PAY DAMAGES AND RELEASE ANY LIENS CONCERNING THE PROPERTY LOCATED AT 149 a,b,c Candelario Street Santa Fe, New Mexico [87501]**

I hereby serve the accused with the foregoing facts and charges. If the accused does not respond to the facts and charges herein enumerated and articulated with the truth, facts and law supported in denial and or objection within (10) days, all facts and charges are thereby acquiesced to by the accused. Failure to object timely means you have waived your right to objections.

The Trustees and your principals, are held responsibility for the actions executed for the Trust corporations and damages along with the Trusts involved. This Conditional Acceptance gives witness to your crimes and actions. As physical witnesses I also served the following:

-B.: Attorney General Merrick B.:Family of Garland and Letitia: Family of James in their freeman status and d/b/a status as witnesses to these facts.

"A Public official is a fiduciary toward the public, including in the case of a judge, the litigants who appear before him. Evidenced in this case and related case validate a deliberate concealment of material information. This proof leaves all participants guilty of fraud," U.S. v Holzer 816 F. 2d 304, 307 (1987). Public officials are also "trustee[s] and servant[s] of the people," *Georgia Department v. Sistrunk 291 S.E. 2d 524, 526 (1982).* "'Public office' is a public trust or agency for the benefit of the people to be administered under legislative control in the interest of the people." *State ex rel Nagle v. Sullivan 40 P. 2d 995, 997, Supreme Court of Montana (1935).* since, logic and common sense dictate that you would not have committed these acts without already having this information supra readily available, I hereby charge Mr. Cooper Group, also known as Nationstar Mortgage in violation of Constitutional Law, the Common Law and the abrogation of the Common Law known as statutes, see Title 18 "United States Code" [hereinafter 18 USC] §§USC 1341 and 18 USC Chapter47; Criminal fraud; Conspiracy to commit fraud; Commercial misconduct; Malicious Practices; Malfeasance of office; Conspiracy against my Rights; see Title 18 "USC" §241; Deprivation of Rights under color of Law, §242;

Falsifying legal documents, §1001; Double Dipping, and other crimes specified and supported herein as well as mail fraud. Fraud vitiates all contracts. I never had a lawful contract with any of the Plaintiffs, Certificate of Service and Interested Parties. Nevertheless, your claim is conditionally accepted by ANN: GALLOWAY as the human and the human owner/ beneficiary, if it was/is intended to relate to me, with the following conditions:

All affidavits and demands for disclosure, demands to follow the law have not yet been honored. It is believed that you have no authorized truth or valid evidence. Your history insures trustees and your principals, cannot satisfy these conditions for this has been requested previously and you have not complied in the time allotted, allowing for a reasonable extension if requested must be in writing stating the specific time needed, and the reason why. Amongst other facts addressed in this Conditional Acceptance of your Offer to me ANN: GALLOWAY, OWNER/ BENEFICIARY, the Trustees and your principals, willfully, knowingly and maliciously were seeking to commit fraud against me ANN MARIE GALLOWAY and deprive me ANN MARIE GALLOWAY' of my rights and property both against ANN MARIE GALLOWAY' and misuse Social Security Cestui que Trust ANN MARIE GALLOWAY, you hereby contract to the following:

## Damages and injuries
1. For over ten years of relentless deceptive misrepresentations and falsified documents Ann:Galloway suffered sleepless nights days and night of research writing papers and filing answers caused the death of my beloved partner my failing health, severely impeded career growth and expansion injuries to me Ann Marie :Galloway, the beneficiary, the Trustees and their principals are indebted to me Ann : Galloway, beneficiary, for 340,000,000. Three hundred and forty million and no cents ($340,000,000.00) Dollars jointly or severally in the money of account of the United States of America,

21 of 24 

Article I, Section 10 [1], wherein it states, "No State shall...make any Thing but gold and silver Coin a Tender in Payment of Debts." Furthermore, witnessed through this Conditional Acceptance you willfully and knowingly injured me for over 10 years and caused my beloved's death, the destruction of my career, with great anxiety, you have cause me sleepless night and ill health. Many opportunities have been given to you to correct your criminal acts and you instead continued and prevailed to harm me. The fact in this Conditional acceptance gives me the authority to create a Claim of Lien against you each and file a financing statement against you each supporting my lien as I deem necessary to protect me, my property and my rights if and when needed at any time.

Additionally, in order to facilitate my rights under this Conditional Acceptance and Security-Agreement you agree that I have your Power of Authority/Attorney to file anything to bring about the "payment" of this debt and protect me, my property and my rights and that you have no right of action or recourse in any action at law, action in equity or Admiralty or any other law herein written or implied against me or my filings.

Additionally, you agree that you grant your Power of Authority/Attorney to me, Ann: Galloway, Beneficiary, so that I am able to collect the damages through a lien, UCC-1, UCC-3, Treasury forms 1040-V and 1040, 1099-A and 1099-OID. Additionally, you agree that every year an additional set of liens can be filed with the Treasury if such injury to me persists on a yearly basis. It is understood that even though a Treasury Form 1040 is for a Tax Class 2 and the 1099-A and 1099-OID are Tax Class 5. According to research and current knowledge this is the lawfully acceptable way of filing this debt for collection therefore as beneficiary I have use the forms "without prejudice."

" The ability to place a lien upon a (wo)man's property, such as to temporarily deprive him(her) of its beneficial use, without any judicial determination of probable cause dates back not only to medieval England but also to Roman times." *United States Supreme Court, .Sniadach v. Family Finance Corp., 395 U.S. 337 (1969)* "Argued April 21, **1969** Decided June 9, **1969 395 U.S. 337** Syllabus Under Wisconsin's garnishment procedure the clerk of the **court** issues a summons at the request of the creditor's lawyer, and the latter, by serving the garnishee (here the employer) sets in motion the machinery whereby wages (here one-half those due the employee) are frozen."

Additionally, the beneficiary request that the Department of Treasury/IRS conduct an in-dept investigation of all Judges, attorneys and public officials on evidence of money laundering. Evidence reveals that the above individual do not embrace American Constitutional values, they instead choose to implement and unconstitutional foreign communist agendas

## AVOUCHMENT

Your avoidance is not acceptable. You are to be forthright with answers under penalties of perjury as required. This affidavits is again currently noting: You have used the excuse that you can not answer because of current litigation. Be advised your failure to rebut these facts is evidence that you have not been to telling the truth. With or without litigation if you fail to respond in (10) ten days the lien process will start immediately. I, Ann : Galloway, beneficiary do hereby avow that based upon my firsthand knowledge, research and information, this "Conditional Acceptance," is true, accurate and correct to the best of my knowledge, information and belief and conveys the conditions set forth under this "Conditional Acceptance" as intended by me the living woman, the human Trustor/Settlor to and human beneficiary of the Social Security Cestui que Trust ANN MARIE OLSOWY GALLOWAY, as



herein designated. RESPECTFULLY SUBMITTED AND PRESENTED IN GOOD FAITH
WITHOUT PREJUDICE

JURAT

STATE OF NEW MEXICO       )
                          ) ss
COUNTY OF BERNALILLO      )

On this _____3rd_____ day of _____June 2022_____ in the year 2022,
subscribed and sworn before me, the undersigned notary public, personally appeared
_____Ann Marie Galloway_____, known to me or proved to me on the basis of
satisfactory evidence to be the One whose name is subscribed to this instrument.

(Seal)

Notary Public
My commission expires: _Dec 19, 2022_

OFFICIAL SEAL
**Pamela Lipper**
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 12.19.2022

7021 2720 0001 7012 9658

U.S. POSTAGE PAID
FCM LG ENV
ALBUQUERQUE, NM
87110
JUN 04, 22
AMOUNT

**$8.56**
R2304W121515-50



1000

88001

RECEIVED
UNITED STATES DISTRICT
LAS CRUCES, NEW MEX

JUN 06 2022

MITCHELL R. ELFERS
CLERK OF COURT

Kenneth J. Gonzales
100 N. Church Street, Suite 560
United States District Court
Las Cruces, New Mexico 88001