IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANN-MARIE GALLOWAY,

    Plaintiff,

v.                                                               No. 1:22-cv-00661-WJ-KK

JAMIE DIMON, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER OF DISMISSAL

Plaintiff, who is proceeding *pro se*, mailed a document titled "Conditional Acceptance amended for second certified mailing group" to United States District Court Judge Kenneth J. Gonzales. *See* Doc. 1, filed July 19, 2022 (indicating a similar letter was also mailed to United States Magistrate Judge Karen B. Molzen, United States Bankruptcy Judge David Thuma and other persons not associated with the United States District Court for the District of New Mexico). The document, which appears to be a demand letter regarding a foreclosure of Plaintiff's property, was filed as a Complaint by the Clerk's Office. Plaintiff did not pay the $402.00 fee for instituting a civil action or filed an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" ("Application").

United States Magistrate Judge Kirtan Khalsa notified Plaintiff:

> If Plaintiff intended to initiate a civil action with the Complaint, Plaintiff shall either pay the $402.00 fee or file an Application within 21 days of entry of this Order ... If Plaintiff does not wish to proceed with this action, she need not respond to this Order and the Court will dismiss this action.

Order to Cure Deficiency, Doc. 3, filed October 17, 2022. Plaintiff did not pay the fee, file an Application or otherwise respond to Judge Khalsa's Order by the November 7, 2022, deadline.

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**